UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| K. P., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SANTA CLARA COUNTY OFFICE OF EDUCATION, et al.,<br><br>　　　　Defendants. | Case No.  5:15-cv-01512-EJD<br><br>**ORDER VACATING STATUS CONFERENCE** |

Having reviewed the parties' joint statement filed on July 14, 2016 (Dkt. No. 61), the court orders as follows:

　　1.　　The parties' request to modify certain case management deadlines is GRANTED. Accordingly, while deadline to complete fact discovery will remain as July 18, 2016, Plaintiffs may complete the depositions of Carolina Lluria and Nancy Guerrero, as well as the deposition of Santa Clara County Office of Education's Rule 30(b)(6) witness, no later than August 5, 2016. Plaintiff may also conduct a site inspection of the classroom at issue on or before that date.

　　2.　　The deadline to designate opening experts with reports is extended to August 22, 2016.  The deadline for designation of rebuttal experts with reports is extended to August 29, 2016.  The deadline to complete expert discovery is extended to October 4, 2016.

　　3.　　All other deadlines shall remain as set pursuant to the Pretrial Conference Order filed on April 14, 2016 (Dkt. No. 47).

　　4.　　The Status Conference scheduled for July 21, 2016, is VACATED.

**IT IS SO ORDERED.**

Dated:  July 15, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　United States District Judge